## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:24-CV-00201- |
| v. | § | SDJ-AGD |
| | § | |
| SEAN COMBS, AKA P. DIDDY, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2025, the Magistrate Judge entered a Report, (Dkt. #9), recommending that Plaintiff Ronald Satish Emrit's case be dismissed without prejudice. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 20th day of August, 2025.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE